# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:10-cr-181 |
| | ) | |
| v. | ) | JUDGE COLLIER/CARTER |
| | ) | |
| TIMOTHY DAVIS | ) | |

## MOTION FOR DOWNWARD DEPAERTURE FROM SENTENCING GUIDELINES AND/OR SENTENCING VARIANCE UNDER 18 USC SECTIONS 3553(a) and (f)

Comes now the defendant, Timothy Davis, by and through court appointed counsel, and moves this Court to grant a downward departure from the advisory Guidelines and/or a variance on his sentence pursuant to 18 U.S.C. Sections 3553(a) and (f). Grounds are set forth in a memorandum in support of this motion.

        Respectfully Submitted,

        s/ Stephen M. Goldstein (BPR # 001835)
        Attorney for Defendant
        312 Vine Street
        Chattanooga, TN 37403
        (423) 756-0167

## CERTIFICATE OF SERVICE

       Counsel hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ Stephen M. Goldstein (BPR #001835)
Attorney for Defendant
312 Vine Street
Chattanooga, TN  37403
(423) 756-0167
(423) 267-3768 (Fax)
